PROB 12C
(6/16)

Report Date: September 13, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hernan Sicairos-Tamayo     Case Number: 0980 4:20CR06013-MKD-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: March 19, 2021

| | | |
|---|---|---|
| Original Offense: | Alien in the United States After Deportation , 8 U.S.C. § 1326(a)(1) | |
| Original Sentence: | Prison - 41 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: September 1, 2023 |
| Defense Attorney: | Nicholas Marchi | Date Supervision Expires: August 31, 2026 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Sicairos-Tamayo has not made himself available for supervision; however, the Court reviewed conditions at the time of sentencing with Mr. Sicairos-Tamayo.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

   1     **Standard Condition # 5**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.

   **Supporting Evidence**: Mr. Sicairos-Tamayo is considered to be in violation of his term of supervised release by failing to report to United States Probation within 72 hours of release from imprisonment, on or before September 6, 2023.

   On September 1, 2023, Mr. Sicairos-Tamayo released from the Bureau of Prisons. Mr. Sicairos-Tamayo has not made any attempts to contact the United States Probation Office since his release. At this time, Mr. Sicairos-Tamayo's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Sicairos-Tamayo, Hernan**
**September 13, 2023**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2023

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*M. K. Dimke*

Signature of Judicial Officer
9/18/2023
Date